077697.0814(691)　　　　　　　　　　JLF　　　　　　　　　　No. 397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEW YORK HEALTHCARE INSURANCE COMPANY, A RISK RETENTION GROUP,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OAK LAWN RESPIRATORY AND REHABILITATION CENTER, LLC, an Illinois Limited Liability Company and HENRY MOORE, as Independent Administrator of the Estate of WILLIAM MOORE, Deceased,<br><br>　　　　Defendants. | No. 1:16-cv-10609 |

## PLAINTIFF'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes the Plaintiff, New York Healthcare Insurance Company, a Risk Retention Group, by its attorneys, Pretzel & Stouffer, Chartered, and pursuant to Federal Rule of Civil Procedure 12(c) for Judgment on the Pleadings, moves this Honorable Court to enter Judgment in its favor and against Defendant Oak Lawn Respiratory and Rehabilitation Center, LLC. In support hereof, the Plaintiff submits its Memorandum of law.

Respectfully submitted:

**s/ Jonathan L. Federman**
Jonathan L. Federman, Bar Number: 6312779
Richard M. Burgland, Bar Number: 6289146
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7461
Fax: (312) 346-8242
E-Mail: jfederman@pretzel-stouffer.com